[No. 12254–5–II.   Division Two.   June 7, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL R. WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 88–1–00477–3, J. Dean Morgan, J., entered September 9, 1988. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Petrich, J., and Armstrong, J. Pro Tem.

[No. 11740–1–II.   Division Two.   June 7, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY KENNETH SPEAKS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87–1–00424–2, James I. Maddock, J., entered January 5, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 12051–8–II.   Division Two.   June 7, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DUNDRAY MONTERRIST CALHOUN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 161405R070, Arthur W. Verharen, J., entered June 3, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.